UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

ANIMACCORD LTD.,
a Cyprus limited company,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

**DECLARATION OF IULIIA BELKOVA IN SUPPORT OF PLAINTIFF'S**
***EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER,**
**PRELIMINARY INJUNCTION, AND ORDER RESTRAINING TRANSFER OF ASSETS**

I, Iuliia Belkova, declare and state as follows:

1.    I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Motion for TRO"). If called upon to do so, I could and would competently testify to the following facts set forth below.

2.    I am employed by Plaintiff, Animaccord Ltd. ("Animaccord"), as Chief Financial Officer. Animaccord is a limited company organized under the laws of Cyprus, with its principal place of business located in Limassol, Cyprus. Animaccord is an international licensing company and studio which specializes in worldwide distribution of content, consumer products rights, and brand management.

3.    In my capacity as Animaccord's Chief Financial Officer, I am responsible, in part, for Animaccord's anti-counterfeiting efforts in connection with Internet related matters.  As a result, I am fully familiar with most aspects of the design and distribution of genuine Animaccord products, and through years of experience and discussions with our product design teams, I am able to identify the distinctions between genuine Animaccord branded merchandise and counterfeit copies of the same.

### Animaccord's Trademark Rights and Copyrights

4.    Animaccord is the owner of the trademarks identified on Schedule "B" hereto (the "Masha and The Bear Marks"), which are valid and registered on the Principal Register of the United States Patent and Trademark Office.  True and correct copies of the federal registrations for the Masha and The Bear Marks are attached to the Complaint as Composite Exhibit "1."

5.    Animaccord is the owner of the copyrights identified on Schedule "C" hereto, which are valid and registered with the United States Copyright Office.  True and correct copies of the Certificates of Registration for these works are attached to the Complaint as Composite Exhibit "2."  Animaccord is also the owner of the unregistered copyrighted works identified on Schedule "D" hereto, which were originally produced in Russia.  A list of these unregistered copyrighted works is attached to the Complaint as Exhibit "3."  The copyrighted works identified in Schedules C and D hereto are collectively referred to as the "Copyrighted Works."

6.    The Masha and The Bear Marks and Copyrighted Works are used in connection with the design, marketing, and distribution of high-quality goods in the categories identified on Schedule "B."

7.     Animaccord is engaged in the design, marketing, and distribution, in interstate commerce, including within this judicial district, of high-quality products under the Masha and The Bear Marks and Copyrighted Works.

8.     Genuine Animaccord products are marketed and sold at authorized brick and mortar retail locations throughout the United States, and Animaccord products are also sold in the United States via the Internet on http://www.amazon.com.  During the time that Animaccord has sold its products in interstate commerce under the Masha and The Bear Marks and Copyrighted Works, Animaccord has spent considerable investment to extensively advertise and promote its goods in connection with the Masha and The Bear Marks and Copyrighted Works.  In the last four years alone, Animaccord's sales of goods have increased twofold.

9.     Animaccord has expended substantial time, money, and other resources developing, advertising, and otherwise promoting the Masha and The Bear Marks and Copyrighted Works in the United States and throughout the world.  Animaccord has used the Masha and The Bear Marks and Copyrighted Works in connection with the hit family animated series titled, "Masha and The Bear."

10.     The Masha and The Bear series is broadcast and streamed throughout the world, including in this District, under multiple world-famous common law and federally registered trademarks and copyrights.  Indeed, the series has been translated into twenty-five (25) languages and has been broadcast and streamed in over one hundred (100) countries through multiple platforms, including but not limited to Netflix and YouTube.

11.     The Masha and The Bear series was included into a list of "TV Shows Destined to be Classics," which was compiled by the cartoon industry's periodical *Animation Magazine* to mark its 250th issue.  The series has won the *Kidscreen Award* (regarded as the cartoon world's

3

Oscars) for Best Animation in the Creative Talent category. *Kidscreen Magazine* named Animaccord as one of the top 50 leaders in the world of animation and one of the top 10 production companies of the year. Further, one of the series' episodes titled, "Recipe for disaster," received over 4.3 billion views on YouTube, making the episode the site's fifth most viewed video of all time as well as the site's most viewed non-music video of all time (thus earning the site's *Diamond Creator Award*). By the tenth anniversary of the series' first release, the series was included in the *Guinness World Records 2019* book as the most watch cartoon on YouTube with over fifty billion views and over sixty million subscribers.

12.     As a result of the foregoing, the Masha and The Bear Marks have acquired fame in the consumer market for a wide variety of products. The Masha and The Bear Marks have come to symbolize the enormous goodwill associated with Animaccord's products throughout the United States and the world.

13.     The Masha and The Bear Marks have never been abandoned, and Animaccord actively polices and enforces its trademark rights and copyrights.

14.     The Masha and The Bear Marks and Copyrighted Works are vital to Animaccord's business, as the trademarks and copyrights uphold the image and reputation of the company as offering products of outstanding quality, design, and performance. Animaccord suffers irreparable harm to its goodwill, as well as a direct monetary loss, any time third parties, including Defendants, sell counterfeit goods using identical or substantially similar trademarks and/or unauthorized copies.

### Investigation of Defendants' Counterfeiting Activities

15.     Animaccord discovered Defendants were promoting, advertising, offering for sale and/or selling goods using the Masha and The Bear Marks and Copyrighted Works without

Animaccord's authorization, via Internet based e-commerce stores operating under the seller identities identified on Schedule "A" hereto (the "Seller IDs"). Defendants do not have, nor have they ever had, the right or authority to use the Masha and The Bear Marks and Copyrighted Works. Further, the Masha and The Bear Marks and Copyrighted Works have never been assigned or licensed to be used in connection with any of the Seller IDs. Plaintiff has been using the Masha and The Bear Marks and Copyrighted Works well prior to the promotion and sale of Defendants' unauthorized and counterfeit goods in the U.S.

16.     As part of Animaccord's investigation regarding the sale of counterfeit Masha and The Bear branded products, Animaccord retained a third-party to investigate the suspected sales of counterfeit Masha and The Bear branded products by Defendants.

17.     Prior to filing this action, Plaintiff's investigator accessed the Internet based e-commerce stores operating under Seller IDs and placed orders for the purchase of various products offered for sale bearing, or suspected to be bearing, at least one of the Masha and The Bear Marks and Copyrighted Works at issue in this action from each Defendant. At the conclusion of the process, I received detailed web page captures and photographs of the Masha and The Bear branded items wherein orders were initiated via Defendants' Seller IDs.

18.     Prior to filing this Declaration, I personally analyzed the Masha and The Bear branded items wherein orders were initiated via each of the Seller IDs by reviewing the e-commerce stores operating under each of the Seller IDs, or the detailed web page captures and images of the items bearing the Masha and The Bear Marks and Copyrighted Works, and I concluded the products were non-genuine, unauthorized Masha and The Bear products. I reached this conclusion through my observations of the products' prices, which are well below the prices of similar genuine Masha and The Bear branded goods, and certain product and marking

characteristics which are not consistent with genuine Masha and The Bear products. Moreover, I personally know Animaccord does not conduct business with Defendants, nor have the Masha and The Bear Marks and Copyrighted Works ever been assigned or licensed to be used by Defendants.

### Harm Caused to Animaccord By Defendants' Activities

19.     Genuine Masha and The Bear branded goods are widely legitimately advertised, promoted, offered for sale and distributed by Animaccord, its authorized distributors, and unrelated third parties via the Internet.

20.     Over the course of the past several years, visibility on the Internet, particularly via Internet search engines such as Google, Yahoo! and Bing, has become increasingly important to Animaccord's overall marketing and consumer education efforts. Thus, Animaccord expends significant monetary resources on Internet marketing and consumer education regarding its products, including search engine optimization ("SEO") strategies, which allow Animaccord and others to fairly and legitimately educate consumers about the value associated with the Animaccord brand and the goods sold thereunder, as well as the problems associated with the counterfeiting of the Masha and The Bear Marks and Copyrighted Works.

21.     By engaging in advertising and marketing strategies based upon an illegal use of the Masha and The Bear Marks and Copyrighted Works, including leveraging the SEO power of online marketplace platforms, Defendants are obliterating the otherwise open and available marketplace space in which Animaccord has the right to fairly market its goods and associated message. Specifically, many Defendant use unauthorized counterfeits of the Masha and The Bear Marks and Copyrighted Works in order to make their e-commerce stores appear more relevant and attractive to consumers searching for Animaccord's related goods and information online. Such

illegal use results in unfair competition for Animaccord when competing for visibility on the World Wide Web, including within search engine results space.

22.     As a result of the availability of the non-genuine Masha and The Bear branded goods being offered for sale by Defendants, Animaccord is highly likely to experience irreparable damage to its reputation among consumers unless the infringing and counterfeiting activity alleged in the Complaint is stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the _20_ day of September, 2021, at Limassol, Cyprus.

IULIIA BELKOVA

**Schedule B**

| Trademark | Registration Number | Registration Date | First Use Date | Classes / Goods |
|---|---|---|---|---|
| | 4,790,909 | 9/11/2015 | 4/15/2015 | IC 009: Pre-recorded DVDs, namely, motion picture films featuring children's entertainment; IC 016: Paper products, namely, children's storybooks, notebooks, coloring books, greetings cards, stationery, stickers and pens; IC 018: Backpacks; IC 025: Apparel, namely, T-shirts and shoes; IC 028: Toys, namely, dolls, stuffed toys, board games and card games; and IC 030: Candy. |
| MASHA AND THE BEAR | 4,790,906 | 8/11/2015 | 8/04/2012 | IC 009: Pre-recorded DVDs, namely, motion picture films featuring children's entertainment; and IC 041: Entertainment services, namely, production of motion picture films and motion picture film distribution services rendered through the media of cable television, broadcast television, and the Internet. |

**Schedule B**

| Trademark | Registration Number | Registration Date | First Use Date | Classes / Goods |
|---|---|---|---|---|
| MASHA AND THE BEAR | 5,420,550 | 3/13/2018 | 6/16/2016 | IC 003: Non-medicated soaps; almond soaps; antiperspirant soap; balms other than for medical or pharmaceutical purposes, namely, lip balms, body balms; bath salts, not for medical purposes; breath freshening sprays; breath freshening strips; cakes of toilet soap; cleaning preparations; cosmetic creams; cosmetic kits comprised on non-medicated cosmetics; cosmetics; cosmetic cotton wool; deodorant soap; deodorants for human beings or for animals; disinfectant soap; dry shampoos; dry cleaning preparations; hair lotions; hair sprays; laundry preparations, namely, laundry detergents, laundry softener, laundry bleach; lip glosses; lipstick; lipstick cases; lotions for cosmetic purposes; make-up; medicated soaps; mouth washes, not for medical purposes; mouthwashes; nail varnish; nail polish; nail art stickers; perfumes; shampoos; toilet water; toiletries, namely, non-medicated toiletry preparations; eau de cologne; perfumery; |

**Schedule B**

| Trademark | Registration Number | Registration Date | First Use Date | Classes / Goods |
|---|---|---|---|---|
| | | | | scented body splash water; |
| | | | | IC 012: Vehicles, namely, bicycles, tricycles, sleighs, kick sledges, baby carriages, prams, pushchairs, strollers; bicycles; tricycles; sleighs for transport purposes; kick sledges; baby carriages; prams; pushchairs; strollers; scooters, namely, motor scooters; |
| | | | | IC 014: Precious metals; jewelry; jewelry cases; imitation jewelry; clocks; wall clocks; electronic clocks; alarm clocks; clocks and watches; stands for clocks; horological instruments; chronometric instruments; precious stones; key rings of precious metal; watches; |
| | | | | IC 015: Accordions; cases for musical instruments; castanets; drums; drumsticks; electric musical instruments; flutes; guitars; harmonicas; horns; music synthesizers; music stands; musical boxes; pianos; saxophones; stands for musical instruments; tambourines; triangles; trombones; trumpets; |

**Schedule B**

| Trademark | Registration Number | Registration Date | First Use Date | Classes / Goods |
|---|---|---|---|---|
| | | | | violins; xylophones; musical instruments; basses;<br><br>IC 020: Furniture; furniture shelves; furniture of metal; figurines of wood, wax, plaster or plastic; fans for personal use, non-electric; air pillows, not for medical purposes; air mattresses, not for medical purposes; armchairs; baby changing mats; baskets, not of metal, namely, baker's bread baskets, Moses baskets; bead curtains for decoration; bed bases; bedding, except linen, namely, bed frames, bumper guards for cribs; beds; benches; bolsters; book rests; bottle caps, not of metal; cases of wood or plastic; bins of wood or plastic; boxes of wood or plastic; chests of drawers; chests for toys; clothes hooks, not of metal; coat hangers; clothes hangers; coat stands; containers, not of metal for storage and transport; costume stands; cupboards; curtain rings; curtain rails; curtain rollers; curtain pins; curtain rods; curtain hooks; curtain fittings; cushions; deck chairs; decorations of plastic for foodstuffs; desks; divans; |

Schedule B

| Trademark | Registration Number | Registration Date | First Use Date | Classes / Goods |
|---|---|---|---|---|
| | | | | door handles, not of metal; door bells, not of metal, non-electric; door knockers, not of metal; doors for furniture; dressing tables; easy chairs; embroidery frames; toilet mirrors being hand-held mirrors; head-rests; high chairs for babies; house numbers, not of metal, non-luminous; hydrostatic beds, not for medical purposes; identification bracelets, not of metal; indoor window blinds; infant walkers; inflatable furniture; inflatable publicity objects; keyboards for hanging keys; ladders of wood or plastics; letter boxes not of metal or masonry; lockers; mats for infant playpens; mattresses; medicine cabinets; mirrors; decorative mobiles; office furniture; packaging containers of plastic; paper blinds; picture frames; pillows; placards of wood or plastics; plastic key cards, not encoded and not magnetic; playpens for babies; school furniture; chairs; shelves for storage; writing desks; sleeping bags for camping; sofas; stuffed animals; tables; tables of metal; tea trolleys; interior textile window |

Schedule B

| Trademark | Registration Number | Registration Date | First Use Date | Classes / Goods |
|---|---|---|---|---|
| | | | | blinds; tool and tool accessory trays, not of metal; umbrella stands; wall-mounted diaper changing platforms; table tops; slatted indoor blinds;<br><br>IC 021: Aerosol dispensers, not for medical purposes; baby bathtubs, portable; baskets for domestic use; bottles, sold empty; bowls; brushes, namely, toothbrushes, hair brushes; buckets; buckets made of woven fabrics; non-electric candelabra; candy boxes; ceramics for household purposes, namely, ceramic figurines, ceramic vases, ceramic vessels, bowls, plates and pots; coffeepots, non-electric; combs; electric combs; comb cases; confectioners' decorating bags; containers for household or kitchen use; cookery molds; cookie jars; cooking pots; cosmetic utensils, namely, cosmetic brushes; cups; cups of paper or plastic; dishes; disposable table plates; drinking bottles for sports; drinking glasses; dustbins; egg cups; floss for dental purposes; cups for eating fruits; frying pans; glass jars; glass |

Schedule B

| Trademark | Registration Number | Registration Date | First Use Date | Classes / Goods |
|---|---|---|---|---|
| | | | | bowls; gloves for household purposes; hot pots; ice buckets; ice cube molds; kitchen containers; lunch boxes; mugs; napkin holders; painted beverage glassware; paper plates; perfume vaporizers sold empty; perfume sprayers; porcelain ware, namely, mugs, statuettes; pots; pottery, namely, mugs, statuettes; salad bowls; soap holders; dishes for soap; soap boxes; soup bowls; straws for drinking; sugar bowls; tableware, other than knives, forks and spoons, namely, scoops for serving or portioning; tea services in the nature of tableware; teapots; toothbrushes, electric; toothbrushes; toothpicks; trays for domestic purposes; trays for domestic purposes, of paper; vases; vegetable dishes; and<br><br>IC 024: Textile material; bed covers; plastic table covers; bed linen; tablecloths, not of paper; handkerchiefs of textiles; travelling rugs; towels of textile; bed blankets; shower curtains of textile or plastic; curtains of textile or plastic; net curtains; table runners, |

7

**Schedule B**

| Trademark | Registration Number | Registration Date | First Use Date | Classes / Goods |
|---|---|---|---|---|
| | | | | not of paper; oilcloth for use as tablecloths. |
| MASHA AND THE BEAR | 4,800,025 | 8/25/2015 | 4/15/2015 | IC 016: Paper products, namely, children's storybooks, notebooks, coloring books, greetings cards, stationery, stickers and pens; IC 018: Backpacks; IC 025: Apparel, namely, T-shirts and shoes; IC 028: Toys, namely dolls, stuffed toys, board games and card games; IC 030: Candy. |

**Schedule C**

| Registration Number | Registration Date | Title of Work |
|---|---|---|
| VA 1-835-810 | Aug. 21, 2012 | Masha and the Bear Logo |
| PA 1-813-099 | July 12, 2012 | First day of school |
| PA 1-813-100 | July 12, 2012 | Laundry day |
| PA 1-813-101 | July 12, 2012 | Holiday on ice |
| PA 1-813-102 | July 12, 2012 | One, two, three! Light the Christmas tree! |
| PA 1-813-103 | July 12, 2012 | Recipe for disaster |
| TX 8-552-180 | Dec. 27, 2017 | Masha and the Bear: A Magical Holiday |
| TX 8-588-442 | Aug. 14, 2017 | Masha and the Bear: A Spooky Bedtime |
| TX 8-431-770 | June 23, 2017 | Masha and the Bear: Kidding Around! |
| TX 8-537-380 | Dec. 27, 2017 | Masha and the Bear: The Best Birthday |
| TX 8-444-776 | Aug. 7, 2017 | Masha and the Bear: The Girl Who Called Wolf |

**Schedule D**

| Episode No. | Title |
| --- | --- |
| 1 | How They Meet |
| 2 | Don't Wake Till Spring! |
| 3 | One, Two, Three! Light the Christmas Tree! |
| 4 | Tracks of Unknown Animals |
| 5 | Prances with Wolves |
| 6 | Jam Day |
| 7 | Springtime for the Bear |
| 8 | Gone Fishing |
| 9 | Call Me Please! |
| 10 | Holiday on Ice |
| 11 | First Day of School |
| 12 | No Trespassing! |
| 13 | Hide and Seek Is Not for the Weak |
| 14 | Watch Out! |
| 15 | Little Cousin |
| 16 | Get Well Soon! |
| 17 | Recipe For Disaster |
| 18 | Laundry Day |
| 19 | The Grand Piano Lesson |
| 20 | Stripes and Whiskers |
| 21 | Home Alone |
| 22 | Hold Your Breath |
| 23 | The Foundling |
| 24 | Bon Appétit! |
| 25 | Hokus-Pokus |
| 26 | Home Improvement |
| 27 | Picture Perfect |
| 28 | Time To Ride My Pony |
| 29 | One-Hit Wonder |
| 30 | Growing Potion |
| 31 | Swept Away |
| 32 | All in the Family |
| 33 | La Dolce Vita |
| 34 | Just Shoot Me |
| 35 | Kidding Around |
| 36 | Two Much |
| 37 | Bon Voyage |
| 38 | Trading Places Day |
| 39 | The Thriller Night |
| 40 | Terrible Power |
| 41 | Hat Trick |
| 42 | And Action! |
| 43 | Self-Made Hero |

**Schedule D**

| Episode No. | Title |
|---|---|
| 44 | Once upon a Year |
| 45 | The Puzzling Case |
| 46 | Dance Fever |
| 47 | Victory Cry |
| 48 | Sabre-Toothed Bear |
| 49 | Variety Show |
| 50 | Happy Harvest |
| 51 | Home-Grown Ninjas |
| 52 | See You Later |
| 53 | Coming Back Ain't Easy |
| 54 | The Very Fairy Tale |
| 55 | Driving Lessons |
| 56 | A Ghost Story |
| 57 | Liar, Liar, Pants on Fire! |
| 58 | Like Cat and Mouse |
| 59 | Game Over |
| 60 | At Your Service |
| 61 | A Christmas Carol |
| 62 | Rock-a-bye, baby! |
| 63 | Surprise! Surprise! |
| 64 | The Three Mashketeers |
| 65 | We Come in Peace! |
| 66 | Tee for Three |
| 67 | Best Medicine |
| 68 | Quartet Plus |
| 69 | New Kids on the Block! |
| 70 | Twinkle, Twinkle, Little Star |
| 71 | What a wonderful game |
| 72 | That's Your Cue! |
| 73 | Fishy Story |
| 74 | Monkey Business |
| 75 | God Save the Queen! |
| 76 | All the World's a Stage |
| 77 | Around the World in One Day |
| 78 | Who Am I? |
| 79 | Where All Love to Sing |
| 80 | Latest Fashion |
| 81 | Patience and Labor |
| 82 | Carnival Once a Year |
| 83 | Mashuko's Secret |
| 84 | From England With Love |
| 85 | Happy New Year… Again! |