UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:21-cv-61993-WPD

ANIMACCORD LTD.,
a Cyprus limited company,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

       Defendants.

_____/

**DECLARATION OF RICHARD GUERRA IN SUPPORT OF PLAINTIFF'S**
***EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER,**
**PRELIMINARY INJUNCTION, AND ORDER RESTRAINING TRANSFER OF ASSETS**

I, Richard Guerra, declare and state as follows:

1.     I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Motion for TRO"). If called upon to do so, I could and would competently testify to the following facts set forth below.

2.     I am counsel of record for Plaintiff, Animaccord Ltd. ("Plaintiff" or "Animaccord").

3.     The Defendants identified in Schedule A to the Complaint use money transfer and/or retention/processing services with PayPal, Inc. ("PayPal"), or have their payments processed on their behalf using an aggregate escrow account as a method to receive monies

generated through the sale of counterfeit and infringing goods.  These escrow accounts are held in the name of various financial institutions, including but not limited to AliExpress, Alipay, Dhgate, Dhpay, Joom, Wish, Wishpay, Amazon, Amazon Pay, Ebay, Etsy, and/or Taobao.

4.       Despite their known lack of authority to do so, Defendants are promoting and otherwise advertising, distributing, selling and/or offering for sale, through their respective Seller IDs, goods using counterfeit and infringing trademarks and unauthorized reproductions and derivative works without authorization ("Defendants' Goods").  Attached hereto as Schedule "E" are representative web page captures from Defendants' Internet based e-commerce stores operating under the Seller IDs.[1]

5.       As part of its ongoing investigation regarding the sale of counterfeit and infringing products, Plaintiff hired a third party investigatory to access Defendants' Internet based e-commerce stores operating under each of the Seller IDs.  The third party investigator initiated orders from each Seller IDs for the purchase of various products, all bearing, or suspected of bearing, counterfeits of, at least one of the Masha and The Bear Marks or Copyrighted Works, and requested each product to be shipped to an address in the Southern District of Florida.  Accordingly, Defendants' Goods are being promoted, advertised, offered for sale, and sold by Defendants within this district and throughout the United States.

6.       Defendants are making substantial sums of money by preying upon members of the general public, many of whom have no knowledge Defendants are defrauding them.  Defendants are also falsely representing to consumers that their counterfeit and infringing branded goods are

---

[1] Due to the number of Defendants identified in Schedule "A" to the Complaint, the attached Schedule "E" does not set forth all of the evidence gathered for each Defendant.  The declarant nevertheless certifies that similar evidence was obtained and reviewed for each and every Defendant identified in Schedule "A."  This comprehensive list of evidence can be immediately provided to the Court under seal upon request.

genuine, authentic, endorsed, and authorized by Plaintiff.   Ultimately, Defendants' Internet activities infringe on Plaintiff's rights.   The Seller IDs and associated payment accounts are a substantial part of the means by which Defendants further their scheme and cause harm to Plaintiff.

7.      Absent a temporary restraining order without notice, Defendants can and will significantly alter the status quo before the Court can determine the parties' respective rights.   In particular, the e-commerce stores at issue are under Defendants' complete control.   Thus, Defendants have the ability to change the ownership or modify e-commerce store data and content, change payment accounts, redirect consumer traffic to other seller identification names, and transfer assets and ownership rights to the Seller IDs.   Such modifications can happen in a short span of time after Defendants are provided with notice this action.   Thus, Defendants can easily electronically transfer and conceal the funds sought to be restrained if they obtain advance notice of Plaintiff's Motion for Temporary Restraining Order and thereby thwart the Court's ability to grant meaningful relief and eviscerate the status quo.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 4th day of October, 2021, at Miami, Florida.


                                        /Richard Guerra/
                                        Richard Guerra

# Schedule E

# Evidence Collection Report

**Page Title:**

**URL:**

**Collected Date:**

## File Signatures

SHA256 checksum values









Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Please Confirm Your Order - AliExpress

**URL**

https://shoppingcart.aliexpress.com/order/confirm_order.htm

**Collection Date**

Mon, 23 Aug 2021 08:21:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

3.65.10.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.159 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HSMS2ws/ewYMdyPEZan/IDBG5Z/z2Qr5wHy1SWSkhLqFSVsUxM67rZ8BduVP6qoEYy5Fyah+zC/KA+FKmyIda2rDMgkfW8sO/bGOmXgnVGtzr5Flk/H9NqtfIGy3NzIfwTkjFk8eryFsYRMLJWSpARw93UB39PIM2c5U7T80H4GFm4YbZQrjEpUSKnVL+WzTWUNHVJllS8b8zo
+pnie59YFboVccrKu8wG7CenxCQXBRLx4l5Vt/eEELCWx4ygG8W1+Rts14lUjuL0cC0nPli8VklWH6jPwHTrkRxZfGbeRsuPDQz+K8rUcy52YVsCD2D79X0sM3Ab0W3niaOY/GQ==

# File Signatures

## SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]shoppingcart.aliexpress.com[fs]order[fs]confirm_order.htm]]_Mon,-23-Aug-2021-08-21-38-GMT.mhtml

**Hash (SHA256)**

52eac1942088f870f9447ab2c95c7c2393f98cfe6c1d053b2b138af938c64c91f

**Signature (PKCS#1v1.5)**

ZSIkwpqypcyu8pBxNoIP009T5B1ZW8Cgez2/9eNcPCKF/8tsMH2HJXYou8KhpVA8xKru/+gv6C+bxrLwpas2xWc4C8ixR1fFT4R3zfe90N77YsLI2AvMRGy5Zw165AfdHJF617HsyqBDYyvwalURoa6Dz/ktV9BDPMLBdr6RwXIy9/ZD4AxpKEjL2ZTt0IVrV/XyRWezi+OpJY52Q/
fWBo7mhQLhLZSMHCKBRGrm/hDjY5B64iJsmsnOHBi6mHBPx/sY+f0nUYUOxgLytdR9DcwVz+Tqk392OZU3AyZIWUbinNaiRc9aT5A7jzufYrO7fWn5oY6pfkaVgC+AjGxoiA==





# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 21 Jul 2021 05:11:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

3.65.10.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.107 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PJ4TLmV3SzmUba3u6x8eBZNjDLhpyuULLH44Zm29tLlQgK/amWFdL2L9Jp7vKsBuVrcJgVWTNysVLBdLJAnyPSeIr36GdZd6EPRSCj5KNoIZNc7g3HyNUwKD/p1qG6+c4mH6TFOxp9T1pIIOm/2oQRwT0vGiDhTqp8ij3vZHi8RxmK/L9+xIuH0UFLAx9xz98eyQAkcCziO+X1s3Gwj+mxj+D1BdOHwwcnKBXhJ2412kBEfshQ06N8DiTGLiMxOMZr7Lw15K7dr72MsAGL0KHd1aABcHKR1asBOwWx+sqcsq2PI1vkTxKeBVd5ruW48fOsvcvIaT0TGMI/0KU8B2iEA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_||https[s]|fs|[fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html||_Wed,-21-Jul-2021-05-11-03-GMT_mhtml

**Hash (SHA256)**

3c4764a3916e171ad8832ed6f8f99c2d7eb4703b29415321306c2d8f94ea7b1c

**Signature (PKCS#1v1.5)**

bSr7ACxKY6Jb0nC1m3E8BOA6Qpp11v6VnMFdxI2tb5peBBvHwcvIzVhB3Gemiy7+bbn70yfdJk8aJuw9WoTiDZ1V3QOLrMggkealp3yAgp893PBKBzCOIjMeDtj0Iurv43r1XsV2tJAF7it214E6s1/F2pf0pYioYgXUZQjalwTgvHOLG5mYVy+eiA0WtKp6ZQ1oQfV9drYvnt/aApliFJcIqTccOn9/CVU6Dnj16wMUw/nymJV6YV9LwjZ1KaicpMWGQLWMZjyoLLeIeCY/7ET/t1/iONz6cu5zWcdPg/iiGowbUYuts1oWmBXdq8LQWp7M5OR8wR11asZLyJc3g==





# Evidence Collection Report

**Page Title**
Amazon.com: Masha and the Bear Birthday Party Invitations,16 Invite Cards for Children Party Supplies : Office Products

**URL**
https://www.amazon.com/Birthday-Party-Invitations-Children-Supplies/dp/B08GQ9V77J/refsr=4-6&s1257345818

**Collection Date**
Mon, 30 Jul 2021 07:30:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Weatherspoon

**IP Address**
143.13.50

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.124 Safari/537.36

**Digital Signature (SHA256) (PKCS#7v1.5)**
3e8fd4e89d6e27073f8b68cbe2ea8ebfcce8a0adf7453d41e01fae9a30d4c35e07e3ba99ced4c02ba7d4abbfe75dd4b6d2befb345a84d6bf9d0ab2d7c2f6e4c3d9e4a5b8cbc6a4d7e1a9f0b3c8d6e5f2a1b7c4d9e8f0a3b6c5d2e9f1a8b7c6d5e4f3a2b1c9d8e7f0

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_B08GQ9V77J@amazon.com@Birthday-Party-Invitations-Children-Supplies@2021073007304821.mhtml

**Hash (SHA256)**
8f71c02f9e34ec6e0cf172153ee48a67730f60e02fe5f58c2eb2f39a4501e2f6

**Signature (PKCS#7 v1.5)**
2a4e8b6c0d1f3a7b9c5e8d2f0a6b4c1d9e7f3a5b8c2d6e0f4a1b7c3d9e5f2a8b6c0d4e1f7a3b9c5d2e8f0a6b4c1d7e3f5a9b2c8d0e6f4a1b7c3d9e5f2a8b6c0d4e1f7a3b9c5d2e8f0a6b4c1d7e3f5a9b2c8d0






















Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Bear costume, famous bear Masha and the Bear - Costumes

**URL**

https://www.bonanza.com/listings/1090433010

**Collection Date**

Wed, 25 Aug 2021 05:02:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

F16t6qJPczrAcM8r7S021ARvlxKW9CFaJHwwR56OFy+Y/EKZwqZdoBMt8UvHoLpHo93mWzzgQbBx7wz0jMZLAh//G73MnsjxpOrx9GnhqYyVOz65mLlEdTj+0/RNjZBWsc3K+e/MenN+iF419szWCciMvjEViUiGwtRCjd0kVHLlYM/EVccszog9qWmRxtcJ1AvstD1FOfAE9lAAYXdRmrWkp7GYupOoDbTp07x9BFOUBbDHtHYdymIEKa/vE0AUzVNHeavu74p8Al3G5u7Woyo8KrDZMqnQz8QOsHFV5tsyO7seQ8DwUXKSzkrS8AxX8wdZ8jcAAKXcx13lfgAi+A==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]www.bonanza.com[fs]listings[fs]1090433010]]_Wed,-25-Aug-2021-05-02-29-GMT.mhtml

**Hash (SHA256)**

5926c5a942917a7190cff44dd59199ec66182c5099bf19c8c9be710bf403ec22

**Signature (PKCS#1v1.5)**

J2gOwkDs1Ft4cLVEj/Vs3JUQqb8TuyKT4pFj9wo1V8/QckYj5Wxi1OZeg4Z1gABgCL7gI5VCS9Apc52dcXo/x3Wt69Q8ID5Af+5u9XUfYBlg/fNDkT7MNtKDfzhOw+P0SXKYGJ7kCkV2/i3+gnsWTtv3gsQ+261cclwJ68dItd6kYF3d59fBVwiEiwlK1enWIwQtCKaY77q59SpXbg+4yv14sjVQ386d2D3db04UW1GcpMRy8wO/2HwKZPTZ4iY1nH2smAaa/Asx5NuhoW4cnkzDN2UivNST5g0xOaOVqjL/6iZmKNhKWEXu+beOOyE+BjYUgCqfiUi7ZQOuMxQQwA==



  



# Evidence Collection Report

**Page Title**

My Cart

**URL**

https://www.bonanza.com/offers/my_cart

**Collection Date**

Wed, 25 Aug 2021 05:16:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

hnzC1qiPY/QdC1O9Z81B6pvXWbko+YgPuFy2U/floJs2E8R9qwOXQ5WYemXk0Ij2R8avsgGJMBsr7nWTaiH3zHLjWZOOKmpp7N9A4amjLgASa7jPGOzyoG10UpxRoBo5C3SElasHdLM9awleKVhb5Vl8kUm8D+oXVKNyyovzj7cRqDW8Zl VqSrON/usqBW154KQlwUHrIk15tuAdhUQ/urtOXBlhYNbKerOzC/9LkuW5YEUuiFtqT8fyDw5Ma/l6rOXeJrN3N1zmR7weEFTZv2ZIeVHPBqoLsHp5RgY64I79ig32U74L64Xeik2XCpwnbVmmB3Kfwc2pKlp2PhbA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.bonanza.com[fs]offers[fs]my_cart]]_Wed,-25-Aug-2021-05-16-24-GMT.mhtml

**Hash (SHA256)**

53a4dbec8e36e79ca6ed75512f7e89c4ea02001034cfafa75dabc258b2bd4ae6

**Signature (PKCS#1v1.5)**

DWa8k9uUZPsQg2KZwRR86+/+snOMQ6W8SNhwFAMDq4tOl0Dkecr0Z3K2iky7dxvobyrnN9eF7HwzKKC8i4k6Vy2tksYRGfUfeVIxZg +167htlei01OUHkSdyjsyVeZbL8dYa9ovLfM73MvErQcD3sJTQHLQzUE9D6GA3P8jno2hqJ2qH4gK680on27SSGosDxfGZjKr0xwWEpWxjcv8MQAb9xUKUalqZ3TJNEIo6VqnzG3fYFXcIf7xf+afX10iy0A+ual +hSwhfeCzWLMDxcIDRo3bakWNyrqJVw4utE1L2uyp8pd2gu3bfH8dM0Sm56EikV0buKiiiky9axK7fWvg==



© 2021 Bonanza. All Rights Reserved   Cookies and Tracking   Accessibility   Privacy Policy   Terms of Use

# Evidence Collection Report



**Page Title**

**File Signatures**

INSIDERS CARNIVAL SAVE UP TO 80%



# Evidence Collection Report

**Page Title**

DHgate: Reliable Wholesale Marketplace – Place Order – Cart

**URL**

https://shoppingcart.dhgate.com/order/pageload.do

**Collection Date**

Wed, 28 Jul 2021 05:16:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

3.65.10.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.107 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

1ct0RLH7Ae5EdHPP3bJXwEM5ReCZ3XoIEciPuOUSNQIGvR2IGBuNDyU7nrCLKdF6pidg7n5wZ9L6yQQUtL5kJjx/w8cLjVeHX5kLYxh+ENNdoapvWM4pOlCmDeiqbGWfXsD/Vzf9tRrN14pnH81De1O0qlMzgfd45O3ADmDpTrFz+9q+DaMlw0hjxpWq83Bt285nUrushFXqDhGnbrP2sQo49F+sqqa6nl5BggflOKrcBQYYWC4EdZHw0chSayCMBlHmjfpJwba243v8XRtFA7nMHjd0WVetkj1hfW9ckocqYSuC5wWxLZaS1bAfqnEzXLWDVtA4IMtGbNtInvyxg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]shoppingcart.dhgate.com[fs]order[fs]pageload.do]]_Wed,-28-Jul-2021-05-16-55-GMT.mhtml

**Hash (SHA256)**

f8a31be46ab89d092d01632da452f4eeb663ccd20104905302a89a76ae997e7c

**Signature (PKCS#1v1.5)**

TGM0AOcAmOVoUjf99kbgo5K5HqyTbQhim1Ap3yETabvuM2X9L4T7qy48Zn0PYgqb1c4TuJNz4xCBQOUgJVX3j46ZoDaYYUQSVrSeLCpkT5+Yg7/2C2/44e8ggs8s/tPUMUxjM20bWosC+7xfHu1qxMcAFZ4Sk/q+M1Ljo8o1Y5ElmtM/9VRDI/dFVGbxv7pa03ymUBiwkMgvldGjR6rH/T4CEQCSS6Fvpnd5GIpYj3hSDBlBwoqteLnMdgyFg9c/SLVfEvAsn52LdlnZ0QoUmVAIttS0AjPBPhJjdTOqMG668ZITewutDWdbtfr7ln3uBuQtZ4INRJgaJsNOTjyL4Q==







       

Copyright Notice ® 2004 - 2021 Dhgate.com All rights reserved.



Hi! **Sign in** or **register**     Daily Deals     Brand Outlet     Help & Contact          Sell     Watchlist     My eBay

ebay     Shop by category

Search for anything          All Categories     Search

Back to home page | Listed in category:     Toys & Hobbies ›     TV & Movie Character Toys          | Add to Watchlist

### People who viewed this item also viewed

 10 PCS Masha and The Bear...     $12.88     Free shipping

 10 PCS Masha and The Bear...     $11.69     Free shipping

 10Pcs Masha and The Bear...     $11.29     Free shipping

 Masha And The Bear Masha B...     $15.89     Free shipping

 1 Set of 6 Disney New Version...     $9.99     Free shipping

**SAVE UP TO 9%** WHEN YOU BUY MORE



 



Have one to sell?     **Sell now**

### 6 PCS Masha and The Bear Action Figures Set Party Toys Dolls Gift Cake Toppers

🔥 **2 viewed per hour**

| Condition: | New |
|---|---|
| Bulk savings: | Buy 1 $11.99/ea   Buy 2 $11.39/ea   Buy 3 $11.15/ea |
| Quantity: | 1   4 or more for $10.91/ea |

9 available
**111 sold** | See feedback

Unit price: **US $11.99/ea**

Buy It Now

Add to cart

Add to Watchlist

**100% buyer satisfaction** | Free delivery in 4 days | 111 sold

Shipping:     🚚 **FAST 'N FREE**
Guaranteed by **Wed. Aug. 12** | See details
**Need it by Aug 11?** Guaranteed delivery available
Item location: San Francisco, California, United States
Ships to: Worldwide     See exclusions

Payments:     **PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard.
Learn more

Returns:     Free 30 day returns | See details

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns. **Learn more**

eBay Money Back Guarantee
Get the item you ordered or get your money back. **Learn more**

**Seller information**
**1to3shop-store** (412842   )
98.5% Positive feedback

**Save this Seller**
Contact seller
Visit store
See other items

### Sponsored items from this seller 1/2          Feedback on our suggestions

 10 PCS Masha and The Bear Action Figures Set...     $12.88     Free shipping

 Super Sonic The Hedgehog Figures Set: Cake Topper...     $14.99     Free shipping     **Popular**

 Plants vs Zombies 10 pcs Toy Figures Egypt Mumm...     $14.99     Free shipping     **Almost gone**

 Catoon Bambi Thumper Plastic Assorted 7 pcs...     $12.99     Free shipping

 6 PCS Disney Princess Dolls Figures Cake Toppe...     $11.99     Free shipping

 6 pcs Frozen Toy Figures Playset: Elsa Anna Olaf &...     $13.99     Free shipping

Description    Shipping and payments    Report item

eBay item number:  233412125429

Seller assumes all responsibility for this listing.
Last updated on  Jul 29, 2020 23:25:37 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more | Character: | Masha And The Bear |
| Media: | TV Show | Modified Item: | No |
| Vintage: | No | Country/Region of Manufacture: | China |
| Character Family: | Masha and the Bear | Material: | PVC |
| Toy Type: | Dolls, Figures & Plushies | Character Gender: | Not Applicable |
| Age Level: | 3-4 Years, 5-7 Years, 8-11 Years | Title: | Masha And The Bear |
| Brand: | Unbranded | Type: | Action Figure |
| Recommended Age Range: | 6 | UPC: | Does not apply |

1 To 3 Shop    Visit my eBay store

Sign up for newsletter
[ ] Search Store

About Me  |  Headphones & Earphones

**Store Categories**

**Store home**
**2-Way Radio Walkie Talkie**
**AirPods Air Pods**
**AirPods Pro**
**Andriod Accessories**
- Google
- HTC
- LG
- Motorola
- Other
- Samsung
- Xiaomi

**Apple Watch Band**
**Beauty Supply**
**Body Shaper**
**Costume**
**Digital Camera**
- Batteries
- Others

**Google**
- Pixel
- Pixel 2
- Pixel 3
- Pixel XL

**Headphones & Earphones**
- Headphone / Headset
- Headphone Case
- Headphone Stand
- Parts

**iPhone iPad iPod Accessories**
- 30 Pin Cable & Charger

**1 To 3 Shop**    We distribute iPod & iPhone accessories worldwide

| eBay Shop | Feedback | Add to favorites | About us | Contact |

# 6 PCS Masha and The Bear Action Figures Set
### Brand New Condition in Bulk Package















| Product description |
|---|

**100% Brand New and High Quality**

**Material: PVC**

**Size: 2.4"- 3.8"**

**Color: As picture show**

**Package include: 6 Pcs/set**


**Note:**

**1.Please allow 0.5 cm - 1 cm (0.5") differences due to manual measurement, thanks.**

**2.Please understand because of the light irradiation or computer display difference, so I can't guar photos and real color is 100% the same.**

| Contact US |
|---|

We are here to help you if you have any question regarding your order. We handle customer service as the most important ta daily operation. Remember, we strive to keep all our customers satisfied. email: Please use eBay "Contact Seller" Link (We r directly back to your email address within 24 hours.)

| USA Shipping |
|---|

All orders will be ship out within 24 hours of payment except holiday or weekend. We will send email to notify buyers if any ite backorder. We offer FREE insurance & tracking service for all USA shipments. We offer FREE package material and handling

| International Shipping |
|---|

All orders will be ship out within 24 hours of payment except holiday or weekend. We will send email to notify buyers if any ite backorder. We will ship out international order by United States Postal Service (USPS) International Certified Air Mail. It norm 6-8 business days to delivery your package. However, each country s custom clearance time may vary, and it may cause del delivery time. Our international shipping fee includes insurance of the package, but it does NOT include tracking service for th shipment. Please email us if you like to pay additional fee for tracking service. Per your request, we can mark your item as a value gift on custom form, but International buyers should be responsible for any customs, import taxes or duties if it occurs. listing's will reflect $1.00 combine shipping discount for each additional same item in any single listing when check out. Due t issues and heavy lost packages, we DO NOT ship to follow countries/regions: Africa, South America, Central America, Mexic Lithuania, Ukraine, Latvia, Romania, Bulgaria, Albania, Bosnia, Croatia, Estonia, Georgia, Slovakia, Slovenia, Azerbaijan, Tu Israel, Italy, and Asia (except Singapore and Japan). Please contact us before you place order.

| Return |
|---|

Case 0:21-cv-61993-WPD Document 5-2 Entered on FLSD Docket 10/04/2021

If the item found defective on arrive (DOA), you should report such issue within 7 days and return the item back to us within 1... for EXCHANGE of the same item. Return MUST contains all original item packaging, eBay item number, and description of th... problem. If buyers change their mind, and like to cancel the order or return a shipped item, please contact us to arrange. Actu... shipping fee & small re-stocking fee will be applied.

| Feedback |
| --- |

Your feedback is critical to our success! We ask that you leave us a POSITIVE feedback with all 5 STARS in every area of the... Seller Ratings, so we may be set apart for our competition. 4 out of 5 stars is unacceptable and considered a failure in our ma... you feel that you cannot leave a POSITIVE feedback with all 5 STARS, we will earn it! Please don't hesitate to contact us for... reason; we are here to exceed your expectations. We are very confident in our products and services, so we will leave positiv... buyer within 1 hour of the payment. You will gain a positive feedback immediately after you paid. Should a problem arise with... order, please contact us before leaving feedback. We strive to keep all our customers satisfy. Please contact us through eBay... Seller" Link

Back to home page                                              Return to top

More to explore :   Party Supply-Cake Toppers,   Disney Cake Topper Cake Toppers,   Monsters Party Supply-Cake Toppers,   My Little Pony Party Supply-Cake Toppers,
Military Cake Topper Party Supply-Cake Toppers,   Pink Party Supply-Cake Toppers,   Halloween Cupcakes Party Supply-Cake Toppers,   Animals Cupcake Pick Party Supply-Cake Toppers,
The Little Mermaid Birthday Party Supply-Cake Toppers,   Bakery Crafts Birthday Party Supply-Cake Toppers

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice





Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay

ebay

Shop by category

Search for anything

All Categories

Search

1to3shop-store (414026  )
98.5% positive feedback

Save

Items for sale    Visit store    Contact

Based in United States, 1to3shop-store has been an eBay member since May 13, 2007

Feedback ratings                                                          See all feedback

| | | | | |
|---|---|---|---|---|
| 32,494 | Item as described | 37,882 | 301 | 551 |
| 32,491 | Communication | Positive | Neutral | Negative |
| 33,814 | Shipping time | | | |
| 34,380 | Shipping charges | Feedback from the last 12 months | | |

Ok
Aug 10, 2020

**4,070** Followers | **0** Reviews | Member since: **May 13, 2007** | United States

## Items for sale (8232)

See all items


Jurassic Realis...
**US $9.99**    13h left


Jurassic Dinosa...
**US $8.99**    14h left


Jurassic Dinosa...
**US $8.99**    16h left


Jurassic Dinosa...
**US $9.99**    16h left


Jurassic Dinosa...
**US $10.99**    16h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice



Hi! **Sign in** or **register**   Daily Deals   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄   Search for anything   All Categories ⌄   **Search**

Home › Community › Feedback forum › Feedback profile

## Feedback profile

**ebay** MONEY BACK GUARANTEE

**1to3shop-store** (412842) ⭐ 📷 ⓘ
**Positive Feedback (last 12 months): 98.5%** ⓘ
Member since: May-13-07 in United States
**Top-rated seller:** One of eBay's most reputable sellers.
Consistently delivers outstanding customer service.
**Learn more**

### Member Quick Links
Contact member
View items for sale
View seller's Store

### Feedback ratings ⓘ

|  |  | 1 month | 6 months | 12 months |
|---|---|---|---|---|
| ➕ | Positive | 4774 | 23696 | 36861 |
| ◉ | Neutral | 48 | 212 | 294 |
| ➖ | Negative | 51 | 385 | 546 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description ⭐⭐⭐⭐⭐ (31730) | Reasonable shipping cost ⭐⭐⭐⭐⭐ (33580) |
|---|---|
| Shipping speed ⭐⭐⭐⭐⭐ (33036) | Communication ⭐⭐⭐⭐⭐ (31724) |

| **All received Feedback** | Received as buyer | Received as seller | Left for others |
|---|---|---|---|

439,504 Feedback received (viewing 1-25)

Revised Feedback: 198 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars 🔍

Period: All ⌄

Comment? ▮

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➕ **Awesome** <br> Safety Full Face Shield Reusable FaceShield Clear Washable Face Anti-Splash (#233628049631) | Buyer: z***9 (324★) <br> US $5.99 | Past month |
| ➕ **Everything is great! I am happy with my order!** <br> Sexy Anime Figure Doll Skytube Alice Pumpkin Girl illustration Misaki Kurchito (#233644154166) | Buyer: r***- (8) <br> US $26.99 | Past month |
| ➕ **Fast delivery** <br> Spider Gift Box Fake Rubber Toy Scare April Fool's Day Joke Trick Prank party (#362948639590) | Buyer: a***a (142★) <br> US $7.99 | Past month |
| ➕ **Very awesome delivery time and service.** <br> Skullcandy Headphones Ink'd 2nd Gen Inkd Supreme Sound In Ear Earbuds Black Blue (#352567238568) | Buyer: -***i (114★) <br> US $12.99 | Past month |
| ➕ **Great!** <br> 2018 Into the Spider-Verse Miles Morales Spiderman Man Jumpsuits Costume Cosplay (#362708346120) | Buyer: -***9 (11★) <br> US $20.99 | Past month |
| ➕ **fast shipping and good quality mask** <br> Plague Doctor Mask Birds Mouth Long Nose Beak Faux Latex Steampunk for Halloween (#353052324785) | Buyer: 0***b (67★) <br> US $15.99 | Past month |
| ➕ **Professionally Packaged, Fast Shipping Great Deal. A+++ Seller!!!** <br> Safety Full Face Shield Reusable FaceShield Clear Washable Face Anti-Splash (#233628049631) | Buyer: o***o (133★) <br> US $14.99 | Past month |
| ➕ **A great gift. Thanks!** <br> Naruto Kakashi Sasuke Black Leaf Village Metal Plate Protector Headband Cosplay (#231591764725) | Buyer: p***n (107★) <br> US $7.99 | Past month |
| ➕ **Thank you !** <br> Defender 5.5" iPhone 7 Plus & iPhone 8 Plus Hard Shell Case w/Holster Belt Clip (#233005813556) | Buyer: 8***e (3) <br> US $6.19 | Past month |
| ➕ **ABSOLUTELY Flawless transition ....** <br> Guardians of the Galaxy Vol. 2 Baby Groot 2" inch Mini Figure Figurine Toy Gift (#362644035929) | Buyer: o***l (568★) <br> US $9.99 | Past month |

| FEEDBACK | FROM | WHEN |
|---|---|---|
| ➕ **Great Seller! Great Price! Great Product!**<br>3 pcs Super Sonic Hedgehog Cartoon Cotton Masks Half Face Mouth Cover Kids/Adult<br>(#362990183935) | Buyer: 6***y (296★)<br>US $14.99 | Past month |
| ➕ **Thanks**<br>iPhone X or iPhone Xs Defender Shockproof Realtree Hard Case w/Holster Belt Clip<br>(#353120018923) | Buyer: h***t (461★)<br>US $5.99 | Past month |
| ➕ **Excellent**<br>2 Pack of V for Vendetta Mask Fawkes Anonymous Halloween Cosplay Party Costume<br>(#233290935781) | Buyer: n***i (185★)<br>US $9.99 | Past month |
| ➕ 🧤<br>100 Pcs Nitrile Blue Durable Rubber Cleaning Hand Gloves Powder Latex Free US<br>(#363007669476) | Buyer: r***m (257★)<br>US $26.99 | Past month |
| ➕ **Nice came delivery fast. Great product. Very satisfied service.**<br>5 pcs Set Gaming Cartoon Overwatch Face Masks Cotton Cloth Mouth Cover Teen Size<br>(#233641031759) | Buyer: y***m (135★)<br>US $13.99 | Past month |
| ➕ **Thanks**<br>Demon Slayer Kimetsu no Yaiba Kamado Nezuko 4" Anime Action Figure Toy Set BULK<br>(#233615565551) | Buyer: l***t (63★)<br>US $14.99 | Past month |
| ➕ **Excelente servicio gracias**<br>Belkin Dual Fit Sport Active Gym Armband w/Key Pocket for iPod Touch 2G 3G 4G<br>(#233509258075) | Buyer: 3***o (20★)<br>US $5.99 | Past month |
| ➕ **Lightning Fast Shipping, Awesome Figure!! A++**<br>Marvel Legends Spider-Man Unique Venom Action Figure 7" Collectible Toy NEW BOX<br>(#362818561390) | Buyer: l***l (124★)<br>US $25.99 | Past month |
| ➕ **Not bad quality for a bootleg. Minor paint scuff on the wrist & a loose seam.**<br>6" Anime The Quintessential Quintuplets Miku Nakano Figures Figurine Toys Gift<br>(#362885225654) | Buyer: a***s (386★)<br>US $26.99 | Past month |
| ➕ **fast shipping thank youy**<br>Safety Full Face Shield Reusable FaceShield Clear Washable Face Anti-Splash<br>(#233628049631) | Buyer: o***1 (143★)<br>US $14.99 | Past month |
| ➕ **Tnx**<br>Women Waist Training Corset Cincher Body Shaper Tummy Slimming Belt Shapewear<br>(#233534106621) | Buyer: o***r (889★)<br>US $9.99 | Past month |
| ➕ **Lightening speed shipping. Excellent service and product. Thank You!**<br>Kids Girls Halloween Costume Princess Fairytale Dress Up Aurora Snow White Alice<br>(#362811048282) | Buyer: b***p (207★)<br>US $13.99 | Past month |
| ➕ **A++++ ebayer super fast shipping good product**<br>2 pcs Demon Slayer: Kimetsu no Yaiba Kamado Nezuko & Tanjirou Action Figures Set<br>(#352968520872) | Buyer: k***p (102★)<br>US $24.99 | Past month |
| ➕ **Great Seller. Thanks.**<br>Thanos Infinity Gauntlet LED Light Gloves Cosplay War Marvel Avengers Adult Size<br>(#362645210629) | Buyer: b***v (238★)<br>US $19.99 | Past month |
| ➕ **Very good I used it rightaway ...and arrived early**<br>Safety Full Face Shield Reusable FaceShield Clear Washable Face Anti-Splash<br>(#233628049631) | Buyer: z***z (155★)<br>US $5.99 | Past month |

Comment?

Page 1 of 17,581

←   **1**   2   3   4   5   6   7   →

Items per page: **25** | 50 | 100 | 200

Go to page [ ] Go

**Member Quick Links**

**Suggested Next**

Contact member
View items for sale
View seller's Store

Leave Feedback
Reply to received Feedback
Follow up to given Feedback
Request feedback revision

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Comment?

AXENCIS

# Evidence Collection Report

Page Title
Masha and the Bear Custom Birthday Shirt Matching T-shirts | Etsy

URL
https://www.etsy.com/listing/1006864306/masha-and-the-bear-custom-birthday-shirt

Collection Date
Wed, 12 May 2021 05:36:21 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Stavrou

IP Address

Browser Information

Digital Signature (SHA256 / PKCS#1v1.5)
6Cr3zVRmg4dULd5utw7pHJvSEDrVCm3+NWFMRM2Wd3eiRybdrvDGX26ci+uZC9yHoF/rvF+uoV3hb5ddpAtzRnOxeqAaGZ6yiU7cmZpC80Lq2dVmzfw5S8UZ4...

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[h0jxol[d]h2[l]wxw-etsy.com[d]listing[s]1006864306[b]masha-and-the-bear-custom-birthday-shirt[].Wed,12-May-2021-05-36-21-GMT_.mhtml

Hash (SHA256)
82059f7c02ad44f1101bcbdd1554d7ce7b02061341c1190ba74e79d0d3cdae7

Signature (PKCS#1v1.5)
boamLb0Sudny+tKWK14XHZ4cZWdAb0qY+2GKGfM6y04SfdtRNjhN6xQd/3aAfpXFyn3Eto+PNbxV3YNwrBu9n4BxnGqbIX3q9Xvm4ovQdbQAb6qvW6ox6ii6BWasuc87Xc3rPc0I3S3KG7LdxMeXF8qRpnLxe2orTb4RLuk...









Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Etsy - Checkout - Review

**URL**

https://www.etsy.com/cart/4614398711/review

**Collection Date**

Wed, 12 May 2021 05:38:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

IHJMNTTIG7UTWC0X/xAxf1e8rwBUVD1gilSgZdoL6fPlggMTB1bzOuXaOidBqrZSOn4kYXmDq3Yj8TjMFwDh2ufAyTwAxLJ++Uex208LTy1OJD0vI+ir/pcJgIjxEQtSg116Kr8LjI7Y7JYoc0+1vyIpCs2OvTMFkWyeV5/4fNxj6yVPwPHA0h+wtzE3SupQL3APX/POwBwhS3RUtTxjx/s+NVb6CfRvcVYJ3Rdt40sc3pc9Rgek46TGojKWPr37LQBpNoQnQ9rA5JSmUfycdt9oLLP+Lj4PtUb+JEQz6rL1OzE2ZiR33Xy3/VbSshpwsn/6seiuy9Ikmgo+J5ds+A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.etsy.com[fs]cart[fs]4614398711[fs]review]]_Wed,-12-May-2021-05-38-07-GMT_.mhtml

**Hash (SHA256)**

34c472ee533c5c812139f89c30747ede01e1722483b0584653ae1a07351e6a51

**Signature (PKCS#1v1.5)**

U79jD3bxyIPRHQ2FApk961L8zhphaxMC0XWkFWfIozQ57Y0NOEBSPN/6jhudEI7TjPxGCO25PIGyHxP760Dq5UL3eFRubggp56patYTFKK8P%/Jp93zjlbrb5i4Wc/M5JfGBN9leeyYk3YcXUy8j+j8nKH8PA4Kf/3bz6UdWWg4AfMZAi0wMlKEAWnRVRlZOHRy6jvnVfbmcqSicKzj2fOA8d/QO976U/1cqROLeIjexD4bR0Z+mGIQIPuhtOUAUPItiAd2s4f/IpdFPmN6BSxnc91OuQANA1DK4DXfYfZdqhnCz+qSWC7eyZNSa6BKCarP4TaBrcrE9mspOiyXw==





Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Masha And The Bear Team Masha | Wish

**URL**

https://www.wish.com/product/masha-and-the-bear-team-masha-60fb263c2d61eaad1bb545bb

**Collection Date**

Thu, 29 Jul 2021 05:05:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

3.65.10.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.107 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

elCk/i3aD3L/0/AhSWUsneJk7V0YadNIR83htHhdIMue/QF5AmKu73wihavPF5oyRlc/C+hpP1JbNmywMXBENEEfBk0p9L797f5IzKNuKFQc7tR3ADoVKekMASdxcSdfFz1JQyG4bQVlhGGcq3dlzfCvqs64fx35tJwNBpqb+SRO4r4pHrzqCmSF/Y99r4R5L+7KHj7oiSQsvvnzTvtnIOfqAyPOawYMngdd8h2ib40Djd3wdLqrlOCiK80R4VNkWfzz87SJRb8w4lFed0m9pmzJRNnttLORAAhj4P3O8oWoaShFa40xkvfpzE7Y6fJOPlGAqwAjGDl4Xm0hCOwT9Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]www.wish.com[fs]product[fs]masha-and-the-bear-team-masha-60fb263c2d61eaad1bb545bb]]_Thu,-29-Jul-2021-05-05-23-GMT.mhtml

**Hash (SHA256)**

f6aca89e72cd824362873ae9e689973ba7c93366ed11a208b8aae21b1a7dfdb9

**Signature (PKCS#1v1.5)**

ZjT7fTbucJ6l++hjiykq14wUJDGTDJUA1EL1g9+nY/xAOAXKddTa2fqkSF+Zi7vSyXdUh5GuwHPE8eJsGvA4j5y/D5xlQpbwyE3nxtxhiyKy7f+31sjE/
H6jVbqi/7g0XG2reTYKX0envsi0Va0C686hxdjq0IPJKHmpmd2JXbGFECvINddvq3bZYf6eLKLSesnyap5V0YCP9N8H5AZSL1jlU0o881FuLqndXgKYp01bnUrLZcPkpOnFsbq9YCSVThQUKZ96NmmLi2P+dIH8LDXhDFvgmu276dFgrPoKSbK6RF5aV23daSvSqEC4h/
OrnoQRPCw454zWqZbGFvatiQ==





Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Cart | Wish

**URL**

https://www.wish.com/cart

**Collection Date**

Thu, 29 Jul 2021 05:07:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

3.65.10.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.107 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

u/JTO7tr12PAuXc8xJfRbnPpo7p9bi+yQi3qgwvonsJmH5yF91mXDfWUXOfNrs/X3/erun/QG86fYIUAOk5hD4eONO6ab7Knk3ah454mHHxhO8YvFgrivYYfIwWt6eKorzFLaTtLTnewFQwyTctUfqw8iJjGf0z+lQHNtRE0zhPEXut+zLhdeycIlnBtSqyBuUha9BieCNndYVGkxFllgV5BZ3HaGdDBJmf4DUjaT6UMGHkP3NwcyLk/v8uxry8F6Hr/7w+cGEWkBURjnzysGd0JgUwzaUm2MYXXfmcIFCp50GP0ARuFPxuIAtpGVHa7Tis71QyyjfxwuThfASDkw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.wish.com[fs]cart]]_Thu,-29-Jul-2021-05-07-36-GMT.mhtml

**Hash (SHA256)**

0cd495b09d40b3210b8af15717672f0b90090b638854b8705242fdd600284968

**Signature (PKCS#1v1.5)**

bQlf0fjfAx15SRrCwdy+woqQIXpc6pCHR9N7HI/rRv6o+9VSIgct37KMiRAFWIIoCjbkk6d6sL319jAptHAkr1nQ42mNsJ1em73gyVUUJCKkT77BIgcwosUHJ7G//rUcYuF3AyNuhPP7TuQovyGUR71htYqUiM4RaaV00T81xEArfsE+K/vPNWchSzMZzvplu9EM10Rcb+vNrEYV+oDQYvIngCC02qpKJvUN2/ichg5GhxwWj5Ry0kOEsS4eTk08VVE5wuKd6zuBWZ0Yv5Uuy01YhmKIg8+5apkX8FPGNhjjXQCEBlb2r6ZCododrjoaw82RuHEMHzvN/9a2bITSHw==





**Top Features**

⭐ Popular

✈ Express

📍 Pickup

⚡ Blitz Buy

🕐 Recent

🏷 Brands

☰ Categories







# Evidence Collection Report

**Page Title**
Kids Favorite Masha and the Bear Collection' Baby One-Piece by Xoora | Redbubble

**URL**
https://www.redbubble.com/i/baby-onesie/Kids-Favorite-Masha-and-the-Bear-Collection-by-Xoora/64505356.PNP0Q

**Collection Date**
Thu, 13 May 2021 19:43:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Becniu

**Author**
Chris Becniu

**Browser Information**

**Digital Signature (SHA256 / PKCS#7.x.5)**
a5ee62e61ccc2b cc541e5d5b221e1e72ef11f4f6bceef2d7f3a2a3ac e2c749f1b4cb e91398 a1b687 b44f8d2eb1447bf 6a54826 b1 cce572e b8ad8bc2b3 c6ad f42cd2f5ee99b57c2 a05e31 e1a2 b197 dffca c d f91 f49 f 3e94 c280c1350f78f2d1f 027 c1054 e98edf7 f29087 b0bf e6da8...

SCREEN CAPTURE
INITIAL

## File Signatures

**File Name**
screencap_ZHrbyGQ7sQ9xxxxx.redbubble.com%2Di%2Dbaby-onesie%2DKids-Favorite-Masha-and-the-Bear-Collection-by-Xoora%2D64505356.PNP0Q_Thu_13-May-2021-19-43-17-GMT_inhtml

**Hash (SHA256)**
5ec5ad3ddd96c5d8410669d9e60f050b93fd0b75fd5cf1f1eb86057862fdd8ee

**Signature (PKCS#7.x1.5)**
a7f14d55a4d d48224f0b47 e48448f01 e47791 a7 af0f d40b48 c34801 f149 d f 57 aad711e02da8a74 f87a7a fce6e6 b3b0997 c4 ad f2e3a08df 72 d46 b f 6e54 a4 af58f4 b4 f6 f 77 c59 d38 e45 b06 c87 e77d4fa48b89 b b b56 b84 d0de98 d d2 d7ed4 b2 b9 d38 ed26 c9 d 77 c49 a53 f6 e c45 f48b3 f af7 cb 6 a48...























Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Cart | Redbubble

**URL**

https://www.redbubble.com/cart

**Collection Date**

Thu, 13 May 2021 11:00:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

RDPuAdSZ3toRoQHpuB2y1HLfgynGiPzSaqB4RsBBRSb3HZXuZr2cPUNHl4nl3ajGlyWvCHOSIUjNar0BXHX1SnuFKR6RRroC6gGSgzsCXVVk2ZTckBWj2jSdivsWyqd8bzAiUDQFJ80tCXuGXRJJWEQtdQYGYcQPD8+yJRm9THDiw+gTDbcDrn1pfbaQXxInrJUoKuITey1bM3ESi0nfyM+Wv7D2EQWeaI3TQ/+LVKjKwC8Zru72Ut6r7/MSP2bj8nAukMWpqT4nIJAxGeSw8EwGdmkEarpJ854JhgNEHr9gvxXQ0UATyOtTBEETssfeBmmx6u7F2rMNKHZNGJsQDEPkj+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]][s][fs]www.redbubble.com[fs][cart]_Thu,-13-May-2021-11-00-20-GMT_.mhtml

**Hash (SHA256)**

8174e7c4eedbc75a62442bd52596c3e4e8e6154812e4b2c4120d4f41c479e04b

**Signature (PKCS#1v1.5)**

M98fkgnnn2rh5q0gyK0IU8iwdY0A8UjFbgp+S4U+7uvgc/sHbhJiN2mtKcHuHvhtsRN6eztdPiAjfygkVEaUg7cX+4wMtFwOXqlmW+vP0CdX9kppUzMuxJJvghWmtGT78f/94fS27aaLc4TFE1DmwUMbPfM1dggNyARu0dqVQAAxiSF6AZraXzvMxH16Vx7GH99aZ1mc+wWHaiAT1ty5/1zijtSRKtuAVDsFXeKe/bMHMf2P4Y8YiFzD810orJPuDMBEri09GQj2YdNrvZZqRUKTpH88qeMDkGqYH6vmk57Y0+58bCs+3mPSCsLBtfyJ1fOqyUEPVyJs7KqCsgD+=

