# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 0:21-CV-61995- WPD

ANIMACCORD LTD

_____

**Plaintiff(s)**

FILED BY _____ D.C.

OCT 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST· CT·
S. D. OF FLA. - MIAMI

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A

_____

**Defendant(s)**

## NOTICE OF FILING BOND

*(TITLE OF DOCUMENT)*

I, ANIMACCORD LTD. (plaintiff) or defendant, in the above styled cause,
HEREBY _____ 'HED SURETY BOND IN THE
AMOUNT OF $10,000. 00 USD IN ACCORDANCE
WITH THE COURT'S EX PARTE TEMPORARY
RESTRAINING ORDER

(Rev. 10/2002) General Document

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Certificate of Service**

I _____ , certify that on this date _____ a true copy

of the foregoing document was mailed to: _____

name(s) and address(es)

_____

_____

By:

*RICHARD GUERRA*
Printed or typed name of Filer

*0689521*
Florida Bar Number

*786-405-2455*
Phone Number

*1101 BRICKELL AVE, SUITE 800*
Street Address

*MIAMI, FL 33131*
City, State, Zip Code

Signature of Filer

*rguerra@brickellip.com*
E-mail address

Facsimile Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:21-cv-61993-WPD

# SEIZURE BOND

WE, AXENCIS INC., AS AGENT FOR ANIMACCORD LTD., ("plaintiff"), as Principal, and NGM INSURANCE COMPANY, as Surety, are bound unto THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",   ("Defendants"), as Obligee, in the sum of $10,000.00 for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if the Principal obtaining this order under subsection 15 U.S.C. §1116 shall pay all costs and damages that the obligee sustains in consequence of the principal obtaining a wrongful seizure in this action then this bond is void, otherwise it remains in force.

EFFECTIVE DATE:   October 18, 2021

BOND NUMBER: S-912530

_____
Principal or Attorney for Principal

NGM INSURANCE COMPANY

_____
By: Nicholas A. Hanley, Attorney-In-Fact
       and Florida Resident Agent

APPROVED BY ME ON THIS

_____DAY OF _____, 20____

_____
(Clerk)

 **NGM INSURANCE COMPANY**
A member of The Main Street America Group

**POWER OF ATTORNEY**

**06-03080731**

**KNOW ALL MEN BY THESE PRESENTS:** That NGM Insurance Company, a Florida corporation having its principal office in the City of Jacksonville, State of Florida, pursuant to Article IV, Section 2 of the By-Laws of said Company, to wit:

"Article IV, Section 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company thereto, bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional undertaking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them."

does hereby make, constitute and appoint **Nicholas A Hanley, William R Hanley, April Reagan————————————**

its true and lawful Attorneys-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed, bonds, undertakings, recognizances, contracts of indemnity, or other writings obligatory in nature of a bond subject to the following limitation:

**1.   No one bond to exceed Five Million Dollars  ($5,000,000.00)**

and to bind NGM Insurance Company thereby as fully and to the same extent as if such instruments were signed by the duly authorized officers of NGM Insurance Company; the acts of said Attorney are hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the Directors of NGM Insurance Company at a meeting duly called and held on the 2nd day of December 1977.

Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the company as the original signature of such office and the original seal of the company, to be valid and binding upon the company with the same force and effect as though manually affixed.

*IN WITNESS WHEREOF,* NGM Insurance Company has caused these presents to be signed by its Vice President, General Counsel and Secretary and its corporate seal to be hereto affixed this 7th day of January, 2020.

NGM INSURANCE COMPANY By:     *Kimberly K. Law*

Kimberly K. Law
Vice President, General
Counsel and Secretary

State of Florida,
County of Duval.
On this 7th day of January, 2020, before the subscriber a Notary Public of State of Florida in and for the County of Duval duly commissioned and qualified, came Kimberly K. Law of NGM Insurance Company, to me personally known to be the officer described herein, and who executed the preceding instrument, and she acknowledged the execution of same, and being by me fully sworn, deposed and said that she is an officer of said Company, aforesaid: that the seal affixed to the preceding instrument is the corporate seal of said Company, and the said corporate seal and her signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Company; that Article IV, Section 2 of the By-Laws of said Company is now in force.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Jacksonville, Florida this 7th day of January, 2020.

*Lisa K. Pentin*

I, Nancy Giordano-Ramos, Vice President of NGM Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in full force and effect.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Company at Jacksonville, Florida this
_____18_____  day of _____OCTOBER_____ , _____2021_____ .

*Nancy Giordano-Ramos*

WARNING: Any unauthorized reproduction or alteration of this document is prohibited.
TO CONFIRM VALIDITY of the attached bond please call 1-800-225-5646.
TO SUBMIT A CLAIM: Send all correspondence to 55 West Street, Keene, NH 03431 Attn: Bond Claims.

*DocuGard #04546 contains a security pantograph, blue background, heat-sensitive ink, coin-reactive watermark, and microtext printing on border.*

**United States District Court**
**Southern District of Florida**

Case Number: _21-CV-61993-WPD_

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

✓ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: _Oct 19, 2021_____