UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:21-cv-61993-WPD

ANIMACCORD LTD.,
a Cyprus limited company,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.
_____/

## ORDER OF DISMISSAL OF CERTAIN DEFENDANTS

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Certain Defendants Only (the "Notice") [DE 16], filed herein on October 25, 2021. The Court has carefully reviewed the Notice [DE 16] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Notice [DE 16] is **APPROVED**; and

2.    Defendants BICXEMY GIFTS (Defendant No. 4 on Schedule "A" to the Complaint) and COINSBERG (Defendant No. 14 on Schedule "A" to the Complaint) are hereby **DISMISSED WITH PREJUDICE**;

3.    This case remains open and pending as to the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:

Counsel of record