UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:21-cv-61993-WPD

ANIMACCORD LTD.,
a Cyprus limited company,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Extend *Ex Parte* Temporary Restraining Order (the "TRO") and Reschedule Hearing on Motion for Preliminary Injunction. [DE 20]. Having reviewed the Plaintiff's Motion and the record, the Court hereby **ORDERS AND ADJUDGES** that the Motion [DE 20] is **GRANTED**.

    1)    The October 29, 2021 hearing date presently set forth by the TRO is **RESET** for **November 19, 2021 at 11:30 am**; and

    2)    The TRO dated October 5, 2021 shall remain in effect until after the conclusion of the rescheduled preliminary injunction hearing.

    3)    Plaintiff shall serve Defendants with a copy of this Order and file a notice of compliance in the record.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 26th day of October, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record